**TIMOTHY J. RYAN (SBN 99542)**
**REBEKKA R. MARTORANO (SBN 173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendants John Deere Construction & Forestry Company and Deere & Company

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD SITE SERVICES, INC., a California Corporation, | Case No. 2-23-cv-02982-DJC-AC |
| | *[The Honorable Daniel J. Calabretta]* |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING DISMISSAL AND ADDITION OF PARTIES** |
| PAPÉ MACHINERY, INC., an Oregon Corporation; JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, a Delaware Corporation; DEERE & COMPANY, a Delaware Corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

The parties to this action, Plaintiff, EMERALD SITE SERVICES, INC., PAPÉ MACHINERY, INC., JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, and DEERE & COMPANY, stipulate as follows:

Defendants JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and DEERE & COMPANY shall be dismissed from this action without prejudice.

Plaintiffs may amend their complaint to add JOHN DEERE SHARED SERVICES, LLC, of which JOHN DEERE POWER SYSTEMS is a division, as an additional defendant.

There is good cause to permit the joinder of JOHN DEERE SHARED SERVICES, LLC as an additional party pursuant to an agreement reached prior to issuance of the Court's

1  Scheduling Order to substitute JOHN DEERE SHARED SERVICES, LLC as the correct party in
2  place of JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and DEERE &
3  COMPANY.

5  IT IS SO STIPULATED.

6  Dated: ___3/1/24___                KROGH & DECKER, LLP

7                                              */s/ Trevor A. White*
                                       By: ___(As authorized on 3/1/24)___
8                                              SHAWN M. KROGH
9                                              TREVOR A. WHITE
                                               Attorneys for Plaintiff
10                                             EMERALD SITE SERVICES, INC.

11 Dated: ___3/1/24___                LEWIS BRISBOIS BISGAARD & SMITH LLP

12                                             */s/ Graham M. Cridland*
13                                     By: ___(As authorized on 3/1/24)___
                                               CHARLES S. PAINTER
14                                             GRAHAM M. CRIDLAND
                                               REBECCA L. MENENDEZ
15                                             Attorneys for Defendant
                                               PAPÉ MACHINERY, INC.
16

17 Dated: ___3/1/24___                THE RYAN LAW GROUP

18
                                       By: ___*/s/ Rebekka R. Martorano*___
19                                             TIMOTHY J. RYAN
                                               REBEKKA R. MARTORANO
20                                             Attorneys for Defendants
21                                             JOHN DEERE CONSTRUCTION & FORESTRY
                                               COMPANY AND DEERE & COMPANY

**STIPULATION AND ORDER REGARDING DISMISSAL AND ADDITION OF PARTIES**
2

**ORDER**

Pursuant to the stipulation of the parties, Defendants JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and DEERE & COMPANY are hereby dismissed from this action without prejudice.

Plaintiffs may amend their complaint to add JOHN DEERE SHARED SERVICES, LLC. as an additional defendant.  Plaintiffs shall file their proffered amended complaint within fourteen (14) days.

IT IS SO ORDERED.

Dated:  March 6, 2024        /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE