**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES S. PAINTER, SB# 89045
E-Mail: Charles.Painter@lewisbrisbois.com
GRAHAM M. CRIDLAND, SB# 243646
E-Mail: Graham.Cridland@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant
PAPÉ MACHINERY, INC.

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| EMERALD SITE SERVICES, INC., | Case No.:   2:23-cv-02982-DJC-AC |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| PAPÉ MACHINERY INC. ET AL., | Trial Date: April 6, 2026 |
| Defendant. | Judge: Hon. Daniel J. Calabretta |

GOOD CAUSE APPEARING IT IS ORDERED THAT:

In the Scheduling Order in this case, ECF. No. 9, the time for Fact Discovery be extended solely to permit the Rule 30(b)(6) deposition of Defendant PAPÉ MACHINERY, INC., an Oregon Corporation, on topics previously noticed, on or before June 13, 2025; the time for expert disclosures be extended from May 30, 2025 to June 20, 2025; the time for rebuttal expert disclosures be extended from June 27, 2025 to July 18, 2025; and the time for expert discovery completion be extended from July 25, 2025 to August 16, 2025.

Dated: June 2, 2025          /s/ Daniel J. Calabretta
                             _____
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE