**TIMOTHY J. RYAN (SBN 99542)**
**REBEKKA R. MARTORANO (SBN 173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant John Deere Shared Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD SITE SERVICES, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PAPÉ MACHINERY, INC., an Oregon Corporation; JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, a Delaware Corporation; DEERE & COMPANY, a Delaware Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 2-23-cv-02982-DJC-AC <br> *[The Honorable Daniel J. Calabretta]* <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DISPOSITIVE MOTIONS** |

The parties to this action, Emerald Site Services, Inc., Papé Machinery, Inc., and John Deere Shared Services, LLC, stipulate as follows:

Whereas the current Scheduling Order (ECF No. 9) provides for a filing deadline for dispositive motions of October 3, 2025, and a hearing date of December 4, 2025.

Whereas the parties have met and conferred regarding Defendants' intent to file motions for summary judgment, and propose the following briefing schedule for dispositive motions:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | October 20, 2025 |
| Oppositions: | November 10, 2025 |
| Replies: | November 20, 2025 |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DISPOSITIVE MOTIONS**

1

1  Whereas the parties are amenable to a dispositive motion hearing date of December 18, 2025.

3  Therefore, the parties request that the Court continue the dispositive motion briefing schedule and hearing date as set forth above.

IT IS SO STIPULATED.

Dated: September 18, 2025        KROGH & DECKER, LLP

                                 By:    */s/ Trevor A. White*
                                        (As authorized on 9/17/25)
                                        SHAWN M. KROGH
                                        TREVOR A. WHITE
                                        Attorneys for Plaintiff
                                        EMERALD SITE SERVICES, INC.

Dated: September 18, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By:    */s/ Graham M. Cridland*
                                        (As authorized on 9/18/25)
                                        CHARLES S. PAINTER
                                        GRAHAM M. CRIDLAND
                                        Attorneys for Defendant
                                        PAPÉ MACHINERY, INC.

Dated: September 18, 2025        THE RYAN LAW GROUP

                                 By:    */s/ Rebekka R. Martorano*
                                        TIMOTHY J. RYAN
                                        REBEKKA R. MARTORANO
                                        Attorneys for Defendant
                                        JOHN DEERE SHARED SERVICES, LLC

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DISPOSITIVE MOTIONS**

**ORDER**

Pursuant to the stipulation of the parties, the Scheduling Order in this case (ECF No. 9) is amended and a briefing schedule is approved as follows:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | October 20, 2025 |
| Oppositions: | November 10, 2025 |
| Replies: | November 20, 2025 |
| Dispositive motion hearing date: | December 18, 2025, 1:30 p.m. |

Dated:  September 18, 2025          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE