TIMOTHY J. RYAN (SBN 99542)
REBEKKA R. MARTORANO (SBN 173600)
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant John Deere Shared Services, LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD SITE SERVICES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAPÉ MACHINERY, INC., an Oregon Corporation; JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, a Delaware Corporation; DEERE & COMPANY, a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2-23-cv-02982-DJC-AC<br>*[The Honorable Daniel J. Calabretta]*<br><br>**STIPULATION AND ORDER AMENDING SCHEDULE** |

The parties to this action, Emerald Site Services, Inc., Papé Machinery, Inc., and John Deere Shared Services, LLC, stipulate as follows:

Whereas the current Scheduling Order (ECF No. 9) as amended by the Stipulation and Order Re. Briefing Schedule dated 9/19/2025 (ECF No. 25) provides for the following schedule:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 10/20/2025 |
| Oppositions: | 11/10/2025 |
| Replies: | 11/20/2025 |
| Dispositive Motion Hearing Date: | 12/18/2025 at 1:30 p.m. |
| Final Pretrial Conference: | 2/12/2026 at 1:30 p.m. |
| Jury Trial: | 4/6/2026 at 9 a.m. |

1  Whereas the parties have met and conferred and propose the following amended
2  schedule:

3     Dispositive Motion Filing Deadline:     11/20/2025

4     Oppositions:     12/10/2025

5     Replies:     12/20/2025

6     Dispositive Motion Hearing Date:     1/22/2026 at 1:30 p.m.

7     Final Pretrial Conference:     8/20/2026 at 1:30 p.m.

8     Jury Trial:     10/5/2026 at 8:30 a.m.

9  Therefore, the parties request that the Court issue an order amending the schedule as set
10 forth above.

11 IT IS SO STIPULATED.

13 Dated: October 9, 2025     KROGH & DECKER, LLP

                                            By:   */s/ Trevor A. White*
                                                   (As authorized on 10/9/25)
                                               SHAWN M. KROGH
                                               TREVOR A. WHITE
                                               Attorneys for Plaintiff
                                               EMERALD SITE SERVICES, INC.

18 Dated: October 14, 2025     LEWIS BRISBOIS BISGAARD & SMITH LLP

                                            By:   */s/ Graham M. Cridland*
                                                 (As authorized on 10/14/25)
                                               CHARLES S. PAINTER
                                               GRAHAM M. CRIDLAND
                                               Attorneys for Defendant
                                               PAPÉ MACHINERY, INC.

23 Dated: October 14, 2025     THE RYAN LAW GROUP

                                            By:   */s/ Rebekka R. Martorano*
                                               TIMOTHY J. RYAN
                                               REBEKKA R. MARTORANO
                                               Attorneys for Defendant
                                               JOHN DEERE SHARED SERVICES, LLC

**ORDER**

Pursuant to the stipulation of the parties, the Scheduling Order (ECF No. 9) and the Stipulation and Order Re. Briefing Schedule dated 9/19/2025 (ECF No. 25) are amended as follows:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 11/20/2025 |
| Oppositions: | 12/10/2025 |
| Replies: | 12/20/2025 |
| Dispositive Motion Hearing Date: | 1/22/2026 at 1:30 p.m. |
| Final Pretrial Conference: | 8/20/2026 at 1:30 p.m. |
| Jury Trial: | 10/5/2026 at 8:30 a.m. |

Dated:  October 14, 2025                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AMENDING SCHEDULE
3