**TIMOTHY J. RYAN (SBN 99542)**
**REBEKKA R. MARTORANO (SBN 173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant John Deere Shared Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD SITE SERVICES, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PAPÉ MACHINERY, INC., an Oregon Corporation; JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, a Delaware Corporation; DEERE & COMPANY, a Delaware Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 2-23-cv-02982-DJC-AC <br> *[The Honorable Daniel J. Calabretta]* <br><br> **STIPULATION AND ORDER AMENDING SCHEDULE** |

The parties to this action, Emerald Site Services, Inc., Papé Machinery, Inc., and John Deere Shared Services, LLC, stipulate as follows:

Whereas the Stipulation and Order Amending Schedule dated 10/15/25 (ECF No. 27) provides for the following schedule:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 11/20/2025 |
| Oppositions: | 12/10/2025 |
| Replies: | 12/20/2025 |
| Dispositive Motion Hearing Date: | 1/22/2026 at 1:30 p.m. |
| Final Pretrial Conference: | 8/20/2026 at 1:30 p.m. |
| Jury Trial: | 10/5/2026 at 8:30 a.m. |

**STIPULATION AND ORDER AMENDING SCHEDULE**
1

Whereas the parties have met and conferred and propose to continue the current dates related to the parties' dispositive motions as follows, with the pretrial and trial dates to remain unchanged:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 12/10/2025 |
| Oppositions: | 12/30/2025 |
| Replies: | 1/9/2026 |
| Dispositive Motion Hearing Date: | 2/19/2026 at 1:30 p.m. |

Therefore, the parties request that the Court issue an order amending the schedule as set forth above.

IT IS SO STIPULATED.

Dated: November 13, 2025     KROGH & DECKER, LLP

By:    */s/ Trevor A. White*
      (As authorized on 11/13/25)
SHAWN M. KROGH
TREVOR A. WHITE
Attorneys for Plaintiff
EMERALD SITE SERVICES, INC.

Dated: November 13, 2025     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Graham M. Cridland*
      (As authorized on 11/13/25)
CHARLES S. PAINTER
GRAHAM M. CRIDLAND
Attorneys for Defendant
PAPÉ MACHINERY, INC.

Dated: November 13, 2025     THE RYAN LAW GROUP

By:    */s/ Rebekka R. Martorano*
TIMOTHY J. RYAN
REBEKKA R. MARTORANO
Attorneys for Defendant
JOHN DEERE SHARED SERVICES, LLC

# ORDER

Pursuant to the stipulation of the parties, the Stipulation and Order Amending Schedule dated 10/15/25 (ECF No. 27) is further amended as follows:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 12/10/2025 |
| Oppositions: | 12/30/2025 |
| Replies: | 1/9/2026 |
| Dispositive Motion Hearing Date: | 2/19/2026 at 1:30 p.m. |

Dated:  November 13, 2025        /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE