**TIMOTHY J. RYAN (SBN 99542)**
**REBEKKA R. MARTORANO (SBN 173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant John Deere Shared Services, LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD SITE SERVICES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAPÉ MACHINERY, INC., an Oregon Corporation; JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, a Delaware Corporation; DEERE & COMPANY, a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2-23-cv-02982-DJC-AC<br>*[The Honorable Daniel J. Calabretta]*<br><br>**STIPULATION AND PROPOSED ORDER AMENDING SCHEDULE** |

The parties to this action, Emerald Site Services, Inc., Papé Machinery, Inc., and John Deere Shared Services, LLC, stipulate as follows:

Whereas the Stipulation and Order Amending Schedule dated 11/14/25 (ECF No. 30) provides for the following schedule regarding the filing of dispositive motions:

Dispositive Motion Filing Deadline:     12/10/2025

Oppositions:     12/30/2025

Replies:     1/9/2026

Dispositive Motion Hearing Date:     2/19/2026 at 1:30 p.m.

Whereas the parties have met and conferred and propose to continue the current dates related to the parties' dispositive motions as follows, with the current pretrial conference and trial dates to remain unchanged:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 1/12/2026 |
| Oppositions: | 2/2/2026 |
| Replies: | 2/12/2026 |
| Dispositive Motion Hearing Date: | 3/19/2026 at 1:30 p.m. |
| Final Pretrial Conference: | 8/20/2026 at 1:30 p.m. |
| Jury Trial: | 10/5/2026 at 8:30 a.m. |

Therefore, the parties request that the Court issue an order amending the schedule as set forth above.

IT IS SO STIPULATED.

Dated: December 4, 2025        KROGH & DECKER, LLP

By:    /s/ Trevor A. White
       (As authorized on 12/4/25)
       SHAWN M. KROGH
       TREVOR A. WHITE
       Attorneys for Plaintiff
       EMERALD SITE SERVICES, INC.

Dated: December 4, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Graham M. Cridland
       (As authorized on 12/4/25)
       CHARLES S. PAINTER
       GRAHAM M. CRIDLAND
       Attorneys for Defendant
       PAPÉ MACHINERY, INC.

Dated: December 4, 2025        THE RYAN LAW GROUP

By:    /s/ Rebekka R. Martorano
       TIMOTHY J. RYAN
       REBEKKA R. MARTORANO
       Attorneys for Defendant
       JOHN DEERE SHARED SERVICES, LLC

**ORDER**

Pursuant to the stipulation of the parties, the Stipulation and Order Amending Schedule dated 11/14/25 (ECF No. 30) is further amended as follows:

| | |
|---|---|
| Dispositive Motion Filing Deadline: | 1/12/2026 |
| Oppositions: | 2/2/2026 |
| Replies: | 2/12/2026 |
| Dispositive Motion Hearing Date: | 3/19/2026 at 1:30 p.m. |
| Final Pretrial Conference: | 8/20/2026 at 1:30 p.m. |
| Jury Trial: | 10/5/2026 at 8:30 a.m. |

Dated:  December 5, 2025          /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

`